IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TAYLOR NICOLE HENRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4619

_____/

Opinion filed June 3, 2015.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

James C. Campbell and Clark H. Henderson, Shalimar, for Appellant.

Pamela Jo Bondi, Attorney General, Matthew Pavese, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

BENTON, ROWE, and OSTERHAUS, JJ., CONCUR.